UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

CIVIL ACTION NO: 4:22-CV-00010-RGJ

PRESTON HUNT             PLAINTIFF

V.

CITY OF MADISONVILLE, KENTUCKY             DEFENDANT

\* \* \* \* \*

**JUDGMENT**

In accordance with the Order entered this same date and pursuant to Rule 58 of the Federal Rules of Civil Procedure it is **ORDERED** and **ADJUDGED** as follows:

(1)     Judgment is entered in favor of the City of Madisonville, Kentucky with respect to the case brought in this matter.

(2)     This is a **FINAL** and **APPEALABLE** Judgment, and there is no just cause for delay.

(3)     The Clerk of Court is directed to strike this matter from the Court's active docket.

*[Signature]*
Rebecca Grady Jennings, District Judge
United States District Court

July 25, 2023